FILED'10 MAY 5 11:29 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELISSA MLASKO,

        Plaintiff,                Civ. No. 09-3106-PA

       v.                       **ORDER**

BANKERS LIFE AND CASUALTY
COMPANY, a foreign corporation,

        Defendant.


**PANNER**, District Judge:

    Plaintiff's unopposed Amended Motion For Order And Judgment
Of Dismissal [#13] pursuant to Fed. R. Civ. P. 41(2) is GRANTED.

    IT IS SO ORDERED.


    DATED this ___5___ day of May, 2010.


                                 OWEN M. PANNER
                                 U.S. DISTRICT JUDGE


1- ORDER